ANNA K. DAVID, APPELLANT, v. METROPOLITAN LIFE INSURANCE COMPANY, RESPONDENT.

Submitted June 2, 1947—Decided September 12, 1947.

For the appellant, *Koestler & Koestler (Melvin J. Koestler,* of counsel).

For the respondent, *Vincent D. Manahan, Jr.*

PER CURIAM.

The judgment under review herein is affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Heher in the Supreme Court.

*For affirmance*—THE CHANCELLOR, BODINE, DONGES, WACHENFELD, EASTWOOD, BURLING, WELLS, DILL, FREUND, McGEEHAN, McLEAN, SCHETTINO, JJ. 12.

*For reversal*—None.